# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GREG HAYES,

        Petitioner,

v.                                        Case No. 05-C-878

UNITED STATES OF AMERICA,

        Respondent.

## OPINION AND ORDER

The court **ORDERS** that Gregory Hayes' "Motion for Reconsideration of Petitioner Hayes' Motion to Modify, Reduce, or Correct the Sentence Pursuant to 28 U.S.C. § 2255 6(3)" (filed September 1, 2005) **IS DENIED**. On June 29, 2005, the Seventh Circuit affirmed this court's denial and dismissal of Hayes' motion to modify his sentence. This court does not have jurisdiction to reconsider under these circumstances.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of September, 2005.

                                              s/ Thomas J. Curran
                                              THOMAS J. CURRAN
                                              United States District Judge

Dockets.Justia.com